**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANN MEYER<br><br>*Plaintiff*,<br><br>v.<br><br>GANNET COMPANY, INC.,<br><br>*Defendant*. | Case No. 1-24-cv-09529<br><br>Judge Jorge L. Alonso |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Gannet Company, Inc. ("Gannet" or the "Company"), by and through undersigned counsel, respectfully moves to dismiss Plaintiff Ann Meyer's ("Plaintiff") amended Complaint (the "Complaint") (Dkt. 16), pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons outlined in the accompanying *Memorandum of Law in Support of Defendant's Motion to Dismiss*.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Julie C. Ratliff*

Andrew S. Murphy
amurphy@taftlaw.com
Julie C. Ratliff
jratliff@taftlaw.com
Taft Stettinius & Hollister, LLP
111 E. Wacker Dr., Suite 2600
(312) 537-4011

***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, in accordance with Federal Rule of Civil Procedure 5 and Local Rule 5.5, and in light of Plaintiff's *pro se* status, I caused a true and correct copy of the foregoing *Defendant's Motion to Dismiss Plaintiff's Complaint* to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in the above-captioned matter, and served via electronic mail and USPS mail, upon the following:

Ann Meyer
3308 Central St
Evanston, IL 60201
Telephone: (847)271-0177
Email: ameyerwrtr@aol.com

Dated: May 12, 2025

By: */s/ Julie C. Ratliff*
Julie C. Ratliff