**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANN MEYER<br><br>*Plaintiff*,<br><br>v.<br><br>GANNETT COMPANY, INC.,<br><br>*Defendant*. | Case No. 1-24-cv-09529<br><br>Judge Jorge L. Alonso |

**DEFENDANT GANNETT COMPANY, INC.'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant Gannett Company, Inc. ("Gannett"), by and through its undersigned counsel, respectfully moves for an extension of time, to and including August 8, 2025, to file its reply in support of its Motion to Dismiss Plaintiff Ann Meyer's Amended Complaint (the "Motion to Dismiss"). In support of this request, Gannett states as follows:

1. On May 12, 2025, Gannett filed its Motion to Dismiss. (ECF No. 21.)

2. On May 18, 2025, the Court entered a scheduling order directing Plaintiff to file her response by July 2, 2025, and setting Gannett's reply deadline for July 16, 2025. (ECF Nos. 26.)

3. Plaintiff did not meet the deadline to file her response on July 2, 2025.

4. Plaintiff filed part of her response to the Motion on July 16, 2025, the date Gannett's reply was due. (ECF Nos. 28-29.) She filed a "Part II" of her response on July 17, 2025, which was entered on this court's docket and served on Defendant on July 18, 2025. (ECF Nos. 30-31.)

5. Plaintiffs' responsive filings total approximately 125 pages. (ECF Nos. 28-31.)

6. Gannett intends to file a reply brief in support of its Motion to Dismiss but, due to the late filing of the response brief, needs additional time to file such reply.

7. Additionally, due to unavoidable commitments of Gannett's counsel during the week of July 21 through 25, and due to the length of the responsive briefs, Gannett respectfully requests to be given 21 days from receipt of Plaintiff's latest filing, up to and including August 8, 2025, to file its reply brief.

8. On Friday, July 18, 2025, counsel for Gannett reached out to Plaintiff over email regarding this request for an extended deadline to file its reply, but Plaintiff did not respond to the email.

9. This request is made in good faith and not for the purpose of delay or any other improper purpose.

10. Accordingly, Gannett requests that the Court enter a revised scheduling order permitting it to file a reply in support of its Motion to Dismiss on or before August 8, 2025.

WHEREFORE, Gannett respectfully requests that the Court extend the time to file its Reply in Support of the Motion to Dismiss Plaintiff's Amended Complaint, to and including August 8, 2025.

Dated: July 18, 2025

Respectfully submitted,

*/s/ Julie C. Ratliff*

Andrew S. Murphy
amurphy@taftlaw.com
Julie C. Ratliff
jratliff@taftlaw.com
Taft Stettinius & Hollister, LLP
111 E. Wacker Dr., Suite 2600
(312) 537-4011

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this date, in accordance with Federal Rule of Civil Procedure 5 and Local Rule 5.5, and in light of Plaintiff's *pro se* status, I caused a true and correct copy of the foregoing ***Defendant Gannett Company, Inc's Motion For Extension of Time to File Reply Brief in Support of Motion to Dismiss*** to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in the above-captioned matter, and served via electronic mail upon the following:

Ann Meyer
3308 Central St
Evanston, IL 60201
Telephone: (847)271-0177
Email: ameyerwrtr@aol.com

Dated: July 18, 2025

By: */s/ Julie C. Ratliff*
Julie C. Ratliff