**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ann Meyer
Plaintiff,
v.
Gannett Company Inc.
Defendant.

Case No.: 1:24−cv−09529
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion for extension [33] is granted. Defendant shall file its reply brief by 8/8/25. The Court will rule electronically on the pending motion to dismiss. Motion hearing noticed for 7/24/25 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.